IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PHILLIP A. HAMILTON and JANET T. WHALEY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CV 25-41-M-KLD<br><br><br>ORDER |

Plaintiffs Phillip A. Hamilton and Janet T. Whaley have filed a motion to dismiss their claims against Defendant United States of America. (Doc. 16). Plaintiffs request an order dismissing the action with prejudice, with each party to bear their own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

DATED this 29th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1